February 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ASHISH KAPOOR, M.D., Appellant

NO. 14-11-00118-CV                    V.

THE ESTATE OF MARGARET E. KLOVENSKI, JAKE KLOVENSKI & MARY HASSLER, INDIVIDUALLY AND AS NEXT FRIENDS, Appellees

_____

This cause, an appeal from the order in favor of appellees, The Estate of Margaret Klovenski, Jake Klovenski & Mary Hassler, Individually and as Next Friends, signed January 20, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the trial court's order. We order the trial court's order **AFFIRMED**.

We order appellant, Ashish Kapoor, M.D., to pay all costs incurred in this appeal. We further order this decision certified below for observance.